# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| MICHAEL ALBERT,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF MONTANA, MISSOULA COUNTY, CORRECTIONAL HEALTH PARTNERS, PAUL REES, HEIDI ABBOTT, MELISSA SCHARF, ALLY CARL, TRISTAN KOHUT, CONNIE WINNER, KIMBERLY FISK, JORDEN MCDONALD, ALVIN FODE, JIM SALMONSEN, STEVEN WEBER, MIKE HEBERT, ABBY MARTIN, AND LESLIE THORNTON,<br><br>Defendants. | Case No.: CV-17-69-H-BMM-JTJ<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR DISMISSAL OF DEFENDANTS CORRECTIONAL HEALTH PARTNERS AND MISSOULA COUNTY** |

The Court considered Plaintiff, Michael Albert's, Unopposed Motion for Dismissal of Defendants, Correctional Health Partners and Missoula County, and the pleadings and filings herein.

This Court finds under the Federal Rules of Civil Procedure, Rule 41(a)(2), that the Defendants, Correctional Health Partners and Missoula County, are hereby DISMISSED from this action. The Plaintiff's motion is therefore GRANTED.

Dated this 26th day of June, 2019.

_____
Brian Morris
United States District Court Judge